FILED

JUN 0 3 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE SUBPOENA OF RICARDO  §
RAMIREZ,                   §
                           §
                           §  CIVIL ACTION NO. SA-05-CA-117-FB

## ORDER GRANTING MOTION TO DISMISS

Before the Court is the Motion to Dismiss filed by the United States of America seeking to dismiss this cause because the underlying case for which the United States sought a protective order has been resolved. Therefore, the motion to quash before this Court is moot and the case may be dismissed in its entirety. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the United States' Motion to Dismiss (docket #4) is GRANTED and this case is DISMISSED. Motions pending, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this __3__ day of June, 2005.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE